1 to Ct


7/23/01
sc

## MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| SCHLALINE v. CKN, INC. | 1:01-CV-1019 | REFERRAL |

| Proceeding: | Case Management Conference - in Person |
|---|---|

| Set For: | July 20, 2001 | At: | 2:00 p.m. |
|---|---|---|---|

| Time Commenced: | 1:50 P.M. | Time Terminated: | 2:30 P.M. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Robert J. White, Esquire | Donald B. Hoyt, Esquire<br>Harris J. Chernow, Esquire |

**REMARKS:**

CMC

FILED
HARRISBURG

JUL 20 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

O:\Smyser\APPLEBY\Minute Sheets\061300 Form