IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SCHLALINE,<br>　　　　Plaintiff, | : | |
| | : | **CIVIL ACTION NO. 1:CV-01-1019**<br>(Judge Kane) |
| v. | : | |
| | : | |
| CKN, Inc., et al., | : | |
| 　　　　Defendants. | : | |

## ORDER

Upon consideration of the pending motions in this case, **IT IS ORDERED THAT**:

1.　　Defendants shall have 20 days from the date of this order to file a brief in opposition to the motion to amend.

2.　　Plaintiff shall have 5 days after the filing of a brief in opposition to file his reply brief.

In addition, Defendants Minuteman Press International, Inc. and Robert Emmett has filed a motion for leave to file an amendment in supplementation of the memorandum of law to the motion to dismiss. To date, no opposition has been filed. Therefore, Plaintiff and remaining defendants are **ORDERED TO SHOW CAUSE** within ten (10) days of the date of this order why the Court should not grant the pending motion as unopposed.

Yvette Kane
United States District Judge

Dated: January  4 Feb  , 2002.