ORIGINAL

FILED
HARRISBURG, PA

FEB 0 7 2002

MARY E. D'ANDREA, CLERK
Per _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SCHLALINE,<br><br>      Plaintiff<br><br>vs.<br><br>CKN, INC., *et al.*,<br><br>      Defendants. | CIVIL ACTION NO. 1: 01-CV-1019<br>(Judge Kane) |

## DEFENDANTS MINUTEMAN PRESS INTERNATIONAL, INC. AND ROBERT EMMETT'S RESPONSE TO ORDER TO SHOW CAUSE

Defendants Minuteman Press International, Inc. and Robert Emmett (together "Defendants"), by their attorneys, hereby oppose Robert J. White's Motion to Withdraw for the following reasons:

Subsequent to the filing of Robert J. White's Motion to Withdraw, Attorney White entered into a certain Settlement Agreement with his client to, *inter alia,* withdraw the above-captioned matter with prejudice. Also subsequent to his Motion to Withdraw, Attorney Robert J. White signed and returned to my attention for filing a Notice of Dismissal, with prejudice, pursuant to Fed.R.Civ.P. 41.

In addition, Attorney White remains the attorney of record for John Schlaline in a matter filed in York County Court of Common Pleas captioned <u>Minuteman Press International, Inc. as</u>

successor in interest to ML Leasing v. John Schlaline.

Accordingly, Attorney White's Motion to Withdraw has been negated by his actions and conduct subsequent to the filing of the Motion to Withdraw.  Also, in order to avoid any question as to the validity of the Settlement Agreement and Notice to Dismiss as signed by Attorney White, it would be counter productive to grant the Motion to Withdraw.  Furthermore, since the case is being dismissed with prejudice by Plaintiff, there is no need for attorney White's Motion to Withdraw.

Accordingly, Defendants Minuteman Press International, Inc. and Robert Emmett request that the Court deny Attorney White's Motion to Withdraw for the above stated reasons.

Respectfully submitted,

_____
Harris J. Chernow
John J. Jacko III
Pearlette V. Toussant
P.A. I.D. Nos. 52577/67477/85756
**BUCHANAN INGERSOLL
PROFESSIONAL CORPORATION**
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA  19103
(215) 665-8700

## CERTIFICATE OF SERVICE

I, Harris J. Chernow, Esquire, certify that I have this day caused a true and correct copy of Defendants Minuteman Press International, Inc.'s and Robert Emmett's Response to Order to Show Cause to be served via First Class, U.S. Mail, postage prepaid, upon the following:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA 17402
>Attorney for Plaintiff
>John Schlaline

>Donald B. Hoyt, Esquire
>**Blakey, Yost, Bupp &Hershner**
>17 East Market Street
>York, PA 17401
>Attorneys for Defendants CKN, Inc.,
>Nikhilesh Agarwal and Thomas L. Kwako

_____
Harris J. Chernow

Dated: February 6, 2002