FILED
HARRISBURG

FEB 07 2002

MARY E. D'ANDREA, CLERK
Per: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN SCHLALINE,<br><br>　　　　Plaintiff<br><br>vs.<br><br>CKN, INC., *et al.*,<br><br>　　　　Defendants. | :<br>:<br>: CIVIL ACTION NO. 1: 01-CV-<br>: 1019<br>: (Judge Kane)<br>:<br>:<br>:<br>: |

### NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff John Schlaline hereby gives notice of the dismissal of this action with prejudice.

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Robert J. White, Esquire (PA I.D.: 32487)
　　　　　　　　　　　　　　　　P.O. Box 3005
　　　　　　　　　　　　　　　　York, PA 17402
　　　　　　　　　　　　　　　　Attorney for the Plaintiff
　　　　　　　　　　　　　　　　John Schlaline

Dated:　　　January 25, 2002

# CERTIFICATE OF SERVICE

I, Harris J. Chernow, Esquire, hereby certify that I have this day caused a true and correct copy of Plaintiff's Notice of Dismissal to be served via First Class, U.S. Mail, Postage prepaid, upon the following:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA 17402
>Attorney for Plaintiff
>John Schlaline
>
>Donald B. Hoyt, Esquire
>Blakey, Yost, Bupp & Hersner
>17 East Market Street
>York, PA 17401
>Attorneys for Defendants CKN, Inc.
>Nikhilesh Agarwal and Thomas L. Kwako

_____
Harris J. Chernow

Dated: February 5, 2002

487517 -1;PHL1