See Attachment

(41)
2/13/02
JSM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN SCHLALINE** | : Civil Action No. 1:CV-01-1019 |
| Plaintiff | : |
| v. | : (Judge Kane) |
| CKN, INC., et al. | : |
| Defendant | : |

### ORDER

AND NOW, this 13th day of Feb, 2002, upon consideration of the filing of a Notice of Dismissal Pursuant to **Fed.R.Civ.P. 41(a)(1), IT IS ORDERED THAT** the above case is **DISMISSED** with prejudice.

Yvette Kane
United States District Judge



FILED
FEB 13 2002
PER
HARRISBURG, PA.    DEPUTY CLERK